UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SUGEY CARO-SALAZAR,<br><br>　　　　　　　　　　Defendant. | Case No.: 22cr612-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On August 12, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for August 19, 2022, to October 28, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 38] and sets the Motion Hearing/Trial Setting on October 28, 2022, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Time is excluded from August 19, 2022, to October 28, 2022. The parties are instructed to appear in person at the

//

//

22cr612-JO

1 | hearing on October 28, 2022, and to be prepared to discuss the progress of discovery and
2 | the setting of a trial date.
3 |     IT IS SO ORDERED.
4 | Dated: 8/17/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

22cr612-JO